UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DYLAN JAMES DOWNEY,

          Plaintiff,

v.

TY TRENARY, *et al*.,

          Defendants.

Case No. C17-1024-JCC-MAT

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND GRANTING PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for reconsideration of this Court's prior Order denying his application for court-appointed counsel, and on plaintiff's motion for production of documents. The Court, having considered plaintiff's motions, and the balance of the record, hereby finds and ORDERS as follows:

(1) Plaintiff's motion for reconsideration of this Court's Order denying his application for court-appointed counsel (Dkt. 33) is DENIED. On July 21, 2017, this Court issued an Order denying plaintiff's application for court-appointed counsel. (Dkt. 7.) Plaintiff subsequently moved for reconsideration of that Order, and plaintiff's motion was denied on September 5, 2017.

(*See* Dkts. 16 and 18.) Plaintiff now moves the Court again for reconsideration of its prior Order denying his application for court-appointed counsel. As plaintiff was advised in the Court's Order denying his first motion for reconsideration, a motion for reconsideration must be filed within fourteen days after the order to which it relates is filed. (*See* Dkt. 18 at 2, citing LCR 7(h)(2).) Plaintiff did not sign his second motion for reconsideration until October 19, 2017, and the Court did not receive the motion for filing until October 25, 2017. It is therefore clear that plaintiff's motion for reconsideration is untimely.

(2) Plaintiff's motion for production of documents (Dkt. 34) is GRANTED in part. Plaintiff, by way of the instant motion, seeks to have exhibits submitted in conjunction with his original complaint returned to him. Plaintiff asserts that he did not retain copies of the exhibits prior to submitting them, and he needs them for use later in these proceedings. The Court cannot return plaintiff's original exhibits, but will provide plaintiff with copies of the requested exhibits in this instance. Plaintiff is advised that he should retain copies of all future submissions as the Court will not provide copies of such documents absent payment of the requisite copy fee.

(3) The Clerk is directed to send a copy of this Order to plaintiff together with copies of the exhibits submitted by plaintiff in support of his original complaint (Dkt. 5, pages 27-64). The Clerk is further directed to send copies of this Order to counsel for defendants and to the Honorable John C. Coughenour.

DATED this 8th day of November, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 2