THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN JAMES DOWNEY, | CASE NO. C17-1024-JCC-SKV |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SNOHOMISH COUNTY SHERIFF'S OFFICE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that within 21 days of this minute order, the parties shall submit a joint status report containing the following:

(a) An update for the Court as to the status of the case (remaining issues, the need for any further pretrial proceedings, etc.) now that appeal has concluded;

(b) The possibility of settlement and whether the parties intend to participate in alternative dispute resolution; and

(c) Proposed dates for trial and the estimated duration of trial.

//
//

MINUTE ORDER
C17-1024-JCC-SKV
PAGE - 1

1  DATED this 23d day of May 2022.

2                                         Ravi Subramanian
                                          Clerk of Court

3
                                          s/Sandra Rawski
4                                         Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26