THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DYLAN JAMES DOWNEY,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY SHERIFF'S OFFICE,<br><br>Defendant. | CASE NO. C17-1024-JCC-SKV<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation. Based on the parties most recent joint status report, it appears that the next step in this case is to issue a scheduling order setting a deadline for mediation and a trial date. (*See* Dkt. No. 171.)

DATED this 29th day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C17-1024-JCC-SKV
PAGE - 1