# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DYLAN JAMES DOWNEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>SNOHOMISH COUNTY SHERIFF'S OFFICE, et al.,<br><br>                    Defendants. | Case No. C17-1024 RSM-SKV<br><br>ORDER OF DISMISSAL |

On October 19, 2022, all Parties notified the Court that the case had settled. It appears that no issue remains for the Court's determination.

It is ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without cost to any party. In the event that settlement is not perfected, any party may move to reopen the case within **60 days** of the date of this Order. Any trial dates and pretrial dates previously set are hereby VACATED.

Dated this 20th day of October, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1